# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-1568 CAS (MRW) | Date | September 18, 2018 |
|---|---|---|---|
| Title | Antonio-Andres v. Nielsen | | |

Present: The Honorable    Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None Present | None Present |

**Proceedings:**          (IN CHAMBERS) ORDER RE: DISMISSAL

Petitioner filed a notice of voluntary dismissal of petition.  (Docket # 13.)  This action is dismissed without prejudice.